IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DEBORAH PURIFOY                                                                                    PLAINTIFF

VS.                                       CASE NO. 13-CV-1074

ARKANSAS HIGHWAY TRANSPORTATION
DEPARTMENT, *et al*                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 12, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that the above-styled case be dismissed for failure to follow a court order. Specifically, Plaintiff has failed to serve Defendants within the time period set by the Court. (ECF Nos. 6 & 8). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge